IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| **LAPRENA BROWN,** *individually and on behalf of all others similarly situated,*<br><br>**Plaintiff,**<br><br>-v-<br><br>**AS BEAUTY GROUP, LLC,**<br><br>**Defendant.** | Civil Case Number: 1:22-cv-07288 |

## NOTICE OF SETTLEMENT

The undersigned counsel for Plaintiff hereby provides notice to the Court that this matter has been settled as to all of Plaintiff's claims against Defendant in this action. The parties anticipate that the performance of the terms of the settlement agreement will be completed within sixty (60) days of the date of this notice, at which time, the Plaintiff shall file a Notice of Dismissal with prejudice. It is respectfully requested that the matter be stayed for sixty (60) days to allow the parties to execute the settlement fully.

Dated: September 12, 2024

/s/ Yitzchak Zelman
Yitzchak Zelman, Esq.
Marcus & Zelman, LLC
701 Cookman Avenue, Suite 300
Asbury Park, NJ 07712
Tel: (732) 695-3282
Email: yzelman@marcuszelman.com
*Attorneys for Plaintiff*

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a copy of the foregoing has been filed electronically on the **12th day of September 2024**. Notice of this filing will be sent to all appearing parties by operation of the Court's electronic filing system.

Dated: September 12, 2024

/s/ Yitzchak Zelman

Yitzchak Zelman, Esq.