IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| **LAPRENA BROWN,** *individually and on behalf of all others similarly situated,* | |
| **Plaintiff,** | **Civil Case Number: 1:22-cv-07288** |
| **-v-** | |
| **AS BEAUTY GROUP, LLC,** | |
| **Defendant.** | |

## STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff Laprena Brown and Defendant AS Beauty Group, LLC, ("The Parties") hereby stipulate to the Plaintiff's voluntary dismissal of all claims against Defendant in the above-captioned matter, with prejudice.

The parties shall bear their own attorneys' fees and costs incurred in this action.

Dated: October 31, 2024

/s/ Yitzchak Zelman
Yitzchak Zelman, Esq.
Marcus & Zelman, LLC
701 Cookman Avenue, Suite 300
Asbury Park, New Jersey 07712
Tel: (732)-695-3282
Email: yzelman@marcuszelman.com
*Attorney for Plaintiff*

/s/ Jeffrey J. Greenbaum
Jeffrey J. Greenbaum, Esq.
Sills Cummis & Gross P.C.
1037 Raymond Blvd
Newark, New Jersey 07102
Tel: (973) 643-7000
Email: jgreenbaum@sillscummis.com
*Attorney for Defendant*